The Honorable Karen A. Overstreet
Chapter 11
Hearing Location: 700 Stewart St., Rm. 7206
Hearing Date: November 17, 2010 (on shortened time)
Hearing Time: 9:30 a.m.
Response Date: November 17, 2010 (time of hearing)

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In re<br><br>FREDERICK D. BERG,<br><br>                    Debtor.<br>_____<br>In re<br><br>MERIDIAN TRANSPORTATION RESOURCES, LLC, a Washington limited liability company,<br><br>                    Debtor.<br>_____<br>In re<br><br>MERIDIAN TRANSPORTATION RESOURCES (CALIFORNIA), LLC,<br><br>                    Debtor.<br>_____<br>In re<br><br>MERIDIAN TRANSPORTATION RESOURCES (CANADA), Ltd.,<br><br>                    Debtor.<br>_____<br>In re<br><br>MTR LEASING, LLC,<br><br>                    Debtor.<br>_____ | Lead Case No. 10-18668-KAO (Administratively Consolidated with Case Nos. 10-23755-KAO, 10-23756-KAO, 10-23757-KAO, 10-23759-KAO, 10-23761-KAO)<br><br>DECLARATION OF ERIC ORSE IN SUPPORT OF EX PARTE MOTION FOR AN ORDER SHORTENING TIME TO HEAR:<br><br>1. APPLICATION FOR ORDER TO PAY PRE-PETITION WAGES, BENEFITS AND WITHHOLDINGS<br><br>2. APPLICATION FOR ORDER AUTHORIZING DEBTOR TO MAINTAIN PRE-PETITION BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM<br><br>3. EMERGENCY MOTION FOR AUTHORITY TO OBTAIN CREDIT<br><br>4. MOTION FOR ORDER DIRECTING APPOINTMENT OF CHAPTER 11 TRUSTEE |

DECLARATION OF ERIC ORSE IN SUPPORT OF
MTR ENTITIES' FIRST DAY MOTIONS - 1
#776314 v1 / 40572-001

*Law Offices*
K ARR T UTTLE C AMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

In re

GEOGENIUS, LLC,

                  Debtor.

I, Eric Orse, make the following declaration under penalty of perjury under the laws of the State of Washington and the United States of America:

1. I am the financial advisor to Diana K. Carey ("**Berg Trustee**"), the duly appointed Chapter 11 Trustee in the bankruptcy case of Frederick D. Berg, Case No. 10-18668-KAO. I am over the age of 18, competent to testify to the matters herein, and otherwise make this declaration based on my own personal knowledge or the records regularly kept in the ordinary course of the MTR Entities (as defined below).

2. The Berg Trustee was appointed on August 19, 2010 and an order ratifying her control of the MTR Entities (defined below) was entered on August 25, 2010.

3. The Berg Trustee was has taken control of numerous entities formerly wholly owned and controlled by Berg, including Meridian Transportation Resources, LLC ("**MTR**"), Meridian Transportation Resources (California), LLC ("**MTR CA**"), Meridian Transportation Resources (Canada), Ltd. ("**MTR Canada**"), MTR Leasing, LLC ("**MTR Leasing**"), and Geogenius, LLC ("**Geogenius**") (each of MTR, MTR CA, MTR Canada, MTR Leasing, and Geogenius is referred to herein as the "**MTR Entities**"). The MTR Entities maintain their corporate headquarters at 1501 Fourth Avenue, Suite 1900, Seattle, Washington 98101.

4. The MTR Entities are related and doing business as "MTR Western," a luxury private charter bus company operating in the western United States and Canada (a related Canadian affiliate is not involved yet in this bankruptcy). Prior to Berg's bankruptcy filing, Berg engaged in various activities that were detrimental to the continued success of the MTR Entities and the MTR Western

DECLARATION OF ERIC ORSE IN SUPPORT OF
MTR ENTITIES' FIRST DAY MOTIONS - 2
#776314 v1 / 40572-001

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

business, which activities have been well documented in Berg's bankruptcy case and the related "*Meridian Fund Cases*."

5. In order to maximize the value of the assets of the Berg bankruptcy estate, the Berg Trustee has sought to maintain the going-concern value of the MTR Entities and the MTR Western business. The Berg Trustee has obtained offers from numerous parties for the MTR Entities and believes that the best prospect for successfully selling such entities is through bankruptcy.

6. The primary assets of the MTR Entities are the motor coaches (the "**Motor Coaches**") (titled primarily under MTR Leasing). The Motor Coaches are largely financed by Wells Fargo Equipment Financing Corp. ("**Wells**") and ABC Companies, Inc. and its affiliates (collectively, "**ABC**"); although some of the Motor Coaches are subject to sale lease backs with an option to repurchase. Since prior to and since the filing of the Berg bankruptcy case, the MTR Entities have had serious issues keeping current with their obligations to Wells and ABC.

7. The debt service to Wells is approximately $65,000 per month on an overall obligation of $3,003,712.

8. The lease obligations and debt service of the MTR Entities' to ABC is approximately $224,000 per month on an overall obligation of $7,327,141 (which amount includes amount necessary to exercise an option to purchase 20 Motor Coaches).

9. The MTR Entities also have real property leases in Los Angeles, San Francisco, Portland, Federal Way, Seattle, Calgary, and Delta, B.C. The total monthly obligation is approximately $100,000.

10. The MTR Entities have additional supplier expenses (for items such as fuel and service) of approximately $190,000 per month.

DECLARATION OF ERIC ORSE IN SUPPORT OF
MTR ENTITIES' FIRST DAY MOTIONS - 3
#776314 v1 / 40572-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

11. A prompt reorganization or orderly sale of the assets is required in order to maintain the value of the MTR Entities, for the benefit of their creditors, employees, and customers.

12. <u>Wage Application</u>. In an application filed concurrently with this Declaration, the MTR Entities seek authority to pay the pre-petition payroll, benefits, and taxes, as well as pre-petition contract amounts to certain of their employees, due as described in **Exhibit A** (summary of "*Unpaid Payroll Expenses*") in an amount not to exceed **$246,000**.

12.1. It is essential that the MTR Entities be allowed to meet their pre-petition payroll obligations, and their failure to do so would jeopardize their ability to provide prospective customer services. Accordingly, it is in the interest of the MTR Entities and the creditors of their estates for the MTR Entities to retain their employees post-petition.

12.2. The Unpaid Payroll Expenses are set forth in the attached **Exhibit A**, which include wages, and various employee withholdings including IRA and/or 401(k) contributions, federal taxes, insurance and etc. It is worth noting that prior to Berg's bankruptcy filing in July 2010, various current employees of the MTR Entities were employed by an affiliated company called Meridian Partnership Management, Inc. ("MPM"). Various other affiliated entities also had employees and the employee benefit plan for all affiliated companies' employees (known as the "Meridian Group of Companies") under MPM. Since that time, the Berg Trustee has consolidated operations of the Meridian Group of Companies so that only the MTR Entities and an affiliated company called Oergon Coachways, Inc., have employees. Employee benefit plans for the employees of the MTR Entities continue to be processed under MPM.

13. <u>Cash Management Application</u>. The MTR Entities maintain bank accounts (collectively the "***Bank Accounts***") with Commerce Bank of Washington, Wells Fargo, Bank of America, and National Bank of Canada (collectively the "***Banks***") which are listed and described below.

DECLARATION OF ERIC ORSE IN SUPPORT OF
MTR ENTITIES' FIRST DAY MOTIONS - 4
#776314 v1 / 40572-001

*Law Offices*
K<small>ARR</small> T<small>UTTLE</small> C<small>AMPBELL</small>
*A Professional Service Corporation*
**1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028**
**Telephone (206) 223-1313, Facsimile (206) 682-7100**

| Bank: | Account Holder: | Description of Account: | Account No.: |
|---|---|---|---|
| Commerce Bank of WA | MTR | | ***5948 |
| Wells Fargo | MTR | Canadian Deposit Acct | ******6910 |
| Wells Fargo | MTR | | ******3246 |
| Wells Fargo | MTR | Employee Trust Acct | ******6811 |
| Wells Fargo | MTR | Cash Collateral Acct | ******7017 |
| Commerce Bank of WA | MTR CA | | ***9234 |
| Wells Fargo | MTR CA | | ******5536 |
| National Bank of Canada | MTR Canada | (U.S. Dollar Acct) | **-*97-68 |
| National Bank of Canada | MTR Canada | (CDN Dollar Acct) | **-*36-23 |
| Commerce Bank of WA | MTR Leasing | | ***3711 |
| Bank of America | MTR | Cash Collateral Acct | ****9804 |

13.1. The MTR Entities' operations require, among other things, controlling and accounting for their revenues. The existing cash management system assures prompt receipt and allocation of funds and the generation of timely and accurate financial information necessary to manage the MTR Entities' operations. Failure to preserve the cash management system, particularly at a time when the MTR Entities are subject to the operational dislocation attendant to their Chapter 11 filings, would disrupt the MTR Entities' ordinary and usual financial affairs, and would impair their opportunity for reorganization.

13.2. The Banks are believed to be authorized bankruptcy depositories and that they are, pursuant to the requirements of § 345(b) of the Bankruptcy Code, insured by a department, agency, or instrumentality of the United States, or backed by the full faith and credit of the United States (with the possible exception of the National Bank of Canada and Commerce Bank of Washington).

13.3. The MTR Entities propose to continue to use the Bank Accounts as Debtor-in-Possession Accounts. In order to maintain a distinction between checks that were issued pre-petition, and those issued post-petition, the MTR Entities will skip the at least 100 sequential check numbers, and start the new sequence on with the next check number that is a multiple of 100.

DECLARATION OF ERIC ORSE IN SUPPORT OF
MTR ENTITIES' FIRST DAY MOTIONS - 5
#776314 v1 / 40572-001

*Law Offices*
K ARR T UTTLE C AMPBELL
*A Professional Service Corporation*
**1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028**
**Telephone (206) 223-1313, Facsimile (206) 682-7100**

13.4. The MTR Entities have concurrently filed an application herein requesting entry of an order (the "*Wage Order*") authorizing them to pay all prepetition wages, salaries, commissions, increases and related benefits, which were due, owing or accrued as of the Petition Date. Checks for payroll and related benefits will be written on the existing Bank Accounts.

14. Motion to Obtain Credit. The MTR Entities seek to obtain post-petition financing from GTO, LLC ("*Secured Lender*") in order to maintain operations of their business following filing.

14.1. Without obtaining credit, the MTR Entities have no prospect for being able to maintain their current operations through the end of the year. The Berg Trustee, her counsel, and I have all sought to obtain credit from various sources and have not come across a source of funding proposing better terms than the Secured Lender.

14.2. Attached as **Exhibit B** is a 13 week budget (the "*Budget*") detailing the use of funds proposed to be advanced under the credit agreement negotiated at arms' length between the MTR Entities and the Secured Lender.

14.3. The MTR Entities propose to grant a super-priority claim, security interest, and liens to the Secured Lender as consideration for the necessary funding. The security interests will not be equal to or senior to any pre-petition liens (the credit agreement expressly provides that the liens of Wells and ABC in the Motor Coaches are to be senior to the Secured Creditor's lien in the same), and the priority claim is permitted by applicable bankruptcy law.

14.4. As the value of the MTR Entities as a going-concern exceeds their liquidation value, the approval of the extension of credit will be in the best interest of the MTR Entities and the creditors of their estates. The funds extended pursuant to the credit agreement will enable the MTR Entities to maintain operations through the projected conclusion of their bankruptcy cases. The terms

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*
**1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100**

of the Financing Agreement represent an arms' length negotiation and the exercise of the business judgment of the MTR Entities.

15. The MTR Entities have in excess of 350 creditors. As such it will be an extreme administrative burden to (a) administer the cases separately, and (b) provide notice to all known creditors regarding the first day motions.

16. <u>Appointment of Ch. 11 Trustee</u>. Diana Carey, in her capacity as the Berg Trustee has been able to bring in advisors (including myself) who, together with the current management team at MTR Western, have kept the companies operating and not a single customer stranded to date. Ms. Carey, as a result of the appointment as the Berg trustee, has also acted as the President and Manager of all of the Berg entities since her appointment. Indeed, after conferring with the U.S. Trustee's Office, which has indicated that Ms. Carey should be appointed trustee of the MTR Entities barring any client conflicts, I believe that the appointment of Ms. Carey as Chapter 11 Trustee for the MTR Entities would serve the best interests of all concerned parties.

EXECUTED this 15th day of November 2010 at Seattle, WA.

_____
Eric D. Orse

DECLARATION OF ERIC ORSE IN SUPPORT OF
MTR ENTITIES' FIRST DAY MOTIONS - 7
#776314 v1 / 40572-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
**1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028**
**Telephone (206) 223-1313, Facsimile (206) 682-7100**