The Honorable Karen A. Overstreet
Chapter 11
Hearing Date December 3, 2010
Hearing Location: 700 Stewart St., Rm. 7206
Hearing Time: 11:00 a.m.
Responses due: November 30, 2010

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>FREDERICK D. BERG,<br><br>Debtor | Lead Case No. 10-18668-KAO (Administratively Consolidated with Case Nos. 10-23755-KAO, 10-23756-KAO, 10-23757-KAO, 10-23759-KAO, 10-23761-KAO) |
| In re<br><br>MERIDIAN TRANSPORTATION RESOURCES, LLC,<br><br>Debtor | NOTICE OF HEARING RE: FINAL ORDER APPROVING POST-PETITION FINANCING AND LIEN PRIORITY |
| In re<br><br>MERIDIAN TRANSPORTATION RESOURCES (CALIFORNIA), LLC,<br><br>Debtor | |
| In re<br><br>MERIDIAN TRANSPORTATION RESOURCES (CANADA), Ltd.,<br><br>Debtor | |
| In re<br><br>MTR LEASING, LLC,<br><br>Debtor | |
| In re<br><br>GEOGENIUS, LLC,<br><br>Debtor | |

NOTICE OF HEARING RE: FINAL ORDER APPROVING
POST-PETITION FINANCING AND LIEN PRIORITY - 1
#777633 v1 / 43835-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
**1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028**
**Telephone (206) 223-1313, Facsimile (206) 682-7100**

PLEASE TAKE NOTICE that the Court granted the emergency motion of Meridian Transportation Resources, LLC, Meridian Transportation Resources (California), LLC, Meridian Transportation Resources (Canada), Ltd., MTR Leasing, LLC, and Geogenius, LLC (collectively the "Debtors" or the "MTR Entities"), for use of a post-petition loan facility with GTO, LLC (the "Secured Lender"), and a grant of liens pursuant to § 364(c) on an interim basis on November 17, 2010. A hearing to grant a FINAL ORDER APPROVING POST-PETITION FINANCING AND LIEN PRIORITY will be heard as follows:

JUDGE: Honorable Judge Karen A. Overstreet        TIME: 11:00 a.m.

PLACE: Seattle Courthouse - Courtroom 7206        DATE: December 3, 2010
700 Stewart St., Seattle, WA 98101

The MTR Entities are separate entities which operate as a single private charter bus company in the Western United States and Western Canadian provinces as debtors-in-possession during the pendency of their bankruptcy actions. The MTR Entities believe that the financing terms extended by the Secured Creditor are fair and reasonable, in the best interests of the estates and their creditors.

The Motion, proposed Order, and supporting declaration of Eric Orse have been filed with the Clerk of the Bankruptcy Court and may be reviewed there during normal business hours, or you may request a copy from this office by contacting Paralegal Marti Munhall at 206-224-8295 or via e-mail at mmunhall@karrtuttle.com.

IF YOU OPPOSE the entry of the FINAL ORDER APPROVING POST-PETITION FINANCING AND LIEN PRIORITY, you must file your written response with the court clerk and deliver a copy to the undersigned NOT LATER THAN the RESPONSE DEADLINE, which is November 30, 2010. IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, ENTER THE ORDER, and strike the hearing.

DATED this 19th day of November, 2010.        KARR TUTTLE CAMPBELL

By: */s/ George S. Treperinas*
George S. Treperinas, WSBA #15434
Stephen S. McKay, WSBA #42046
Attorneys for MTR Entities

NOTICE OF HEARING RE: FINAL ORDER APPROVING
POST-PETITION FINANCING AND LIEN PRIORITY - 2
#777633 v1 / 43835-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
**1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028**
**Telephone (206) 223-1313, Facsimile (206) 682-7100**