The Honorable Karen A. Overstreet
Chapter 11
Hearing Location: 700 Stewart St., Rm. 7206
Hearing Date: December 15, 2010
Hearing Time: 9:30 a.m.
Response Date:

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>FREDERICK D. BERG,<br><br>Debtor | Lead Case No. 10-18668-KAO<br>(Administratively Consolidated with Case Nos. 10-23755-KAO, 10-23756-KAO, 10-23757-KAO, 10-23759-KAO, 10-23761-KAO) |
| In re<br><br>MERIDIAN TRANSPORTATION RESOURCES, LLC,<br><br>Debtor | REPORT OF BID RESULTS FOR MTR WESTERN ASSETS AND STATUS OF PROPOSED STALKING HORSE BID |
| In re<br><br>MERIDIAN TRANSPORTATION RESOURCES (CALIFORNIA), LLC,<br>Debtor | |
| In re<br><br>MERIDIAN TRANSPORTATION RESOURCES (CANADA), Ltd.,<br>Debtor | |
| In re<br><br>MTR LEASING, LLC,<br>Debtor | |
| In re<br><br>GEOGENIUS, LLC,<br>Debtor | |

REPORT OF BID RESULTS FOR MTR WESTERN ASSETS AND
STATUS OF PROPOSED STALKING HORSE BID - 1
#780461 v1 / 43835-0011

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Pursuant to the order of the Honorable Karen A. Overstreet on December 7, 2010, a purchase solicitation packet ("**Bid Packet**") was prepared and mailed to all parties interested in the MTR Entities and their assets known to Diana Carey, Chapter 11 Trustee of the bankruptcy estate of estate of F. Darren Berg, and President/Manager of Meridian Transportation Resources, LLC ("**MTR**"), Meridian Transportation Resources (California), LLC ("**MTR CA**"), Meridian Transportation Resources (Canada), LLC ("**MTR Canada**"), and MTR Leasing, LLC ("**MTR Leasing**") (MTR, MTR CA, MTR Canada, and MTR Leasing are referred to collectively as the "**MTR Entities**."). A complete copy of the Bid Packet is attached hereto as Exhibit 1.

1. Status of GTO, LLC Purchase Offer. Diligent efforts have been made by the interested parties including GTO, LLC ("**GTO**"), MTR Entities, Meridian Funds chapter 11 trustee ("**Meridian Trustee**") and the Meridian Funds Official Investors Committee ("**Committee**") to work out purchase terms that are acceptable to all concerned. In principal, the interested parties have reached such an agreement, the principal terms (and how they differ from the prior proposed purchase terms) are summarized in Exhibit 2. Efforts are ongoing to have an executed purchase agreement to file and present to the Court on Wednesday, December 15, 2010 at 9:30.

2. Bid No.1 – American Star Trailways. The offer of American Star Trailways is attached as Exhibit 3, but the pertinent section of the offer is set out below for the Court's ready reference:

> Purchase Price Offer: 2- 2003 SETRA / OR / 2-2008 SETRA'S AND ONE
> Two Coaches only                                          2001 FEDERAL MINI 2403
> Specific Motor Coaches: Identify below or attach list              $6,200 EACH
>
> OR 2-2003 SETRA 5602 + 5603   $135,000 EACH
>    2-2008 SETRA 56112 + 56113  $230,000 EACH
> AND → 1-2001 FEDERAL MINI 2403 (ONE ONLY) 6,200 EACH

REPORT OF BID RESULTS FOR MTR WESTERN ASSETS AND
STATUS OF PROPOSED STALKING HORSE BID - 2
#780461 v1 / 43835-0011

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

This offer is compared to the Low Blue Book value as of March 2010 and the outstanding debt against vehicles as follows:

| Motor Coach | Low Blue Book | Offer Price | Debt on Coach | Offer minus Debt |
|---|---|---|---|---|
| 03 Setra 5602 | $226,400 | $135,000 | $0 | $135,000 |
| 03 Setra 5603 | $226,400 | $135,000 | $144,160 | ($9,160) |
| 08 Setra 56112 | $332,200 | $230,000 | $164,131 | $65,869 |
| 08 Setra 56113 | $332,200 | $230,000 | $159,565 | $70,435 |
| 01 Mini 2403 | $10,500 | $6,200 | $0 | $6,200 |
| **TOTAL $436.2k max bid amount** | 1,127,700 | $736,200 | $467,855 | |

This offer, for 2 Setras and the Mini, assuming the most favorable combination of assets (from MTR's perspective) and a successful closing, would result in $211,635 net to the estate after deducting debt from the purchase price.

3. <u>Bid No. 2 – Century Services</u>. The offer of Century Services was an offer received on December 13, 2010 to purchase 29 motor coaches for $6,310,000 USD, subject to 12 conditions. The debt outstanding against the 29 coaches equals approximately $5,900,000, which leaves little equity for the benefit of creditors. **This offer was withdrawn on December 14, 2010.**

4. <u>Bid No. 3 – DIP Coaches</u>. The offer of DIP Coaches, Ltd. (and a second from its affiliate DIP Coaches III, Ltd, for $230,000) is attached as <u>Exhibit 4</u>, but the pertinent section of the offer is set out below for the Court's ready reference:

Purchase Price Offer: $210,000.00

Specific Motor Coaches: Identify below or attach list

Any one of the following: 5282, 5283, 5284, 5289, 5290 or 5293.

These offers are compared to the Low Blue Book value as of March 2010 and the outstanding debt against vehicles as follows:

| Motor Coach | Low Blue Book | Offer Price | Debt on Coach | Offer minus Debt |
|---|---|---|---|---|

REPORT OF BID RESULTS FOR MTR WESTERN ASSETS AND
STATUS OF PROPOSED STALKING HORSE BID - 3
#780461 v1 / 43835-0011

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*
**1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028**
**Telephone (206) 223-1313, Facsimile (206) 682-7100**

| | | | | | |
|---|---|---|---|---|---|
| 07 Prevost 5282 | $316,600 | $210k or $230k | $238,297 | ($8,297) or ($28,297) | |
| 07 Prevost 5283 | $316,600 | $210k or $230k | $238,297 | ($8,297) or ($28,297) | |
| 07 Prevost 5284 | $316,600 | $210k or $230k | $238,297 | ($8,297) or ($28,297) | |
| 07 Prevost 5289 | $316,600 | $210k or $230k | $238,297 | ($8,297) or ($28,297) | |
| 07 Prevost 5290 | $316,600 | $210k or $230k | $238,297 | ($8,297) or ($28,297) | |
| 07 Prevost 5293 | $316,600 | $210k or $230k | $238,297 | ($8,297) or ($28,297) | |
| **TOTAL $440k** | | | | | |

This offer, for a single 2007 Prevost H3-45 at $210,000 and another at $230,000, assuming the coach with the most equity and a successful closing, would result in a **net loss** of at least $36,594 to the estate after deducting debt from the purchase price.

5.  Bid No. 4 – Holiday Companies. The offer of Holiday Companies, LLC is attached as Exhibit 5, but the pertinent section of the offer is set out below for the Court's ready reference:

Purchase Price Offer: $270,000 EACH FOR UP TO 2 (TWO) OF THE FOLLOWING UNITS (2008).

Specific Motor Coaches: Identify below or attach list

5694, 5695, 5696, 5697, 5698 OR 5699 SUBJECT TO CLEAN COSMETIC CONDITION AND GOOD OPERATIONAL CONDITION NO EXTERNAL ACCIDENT OR BODY DAMAGE. 2008 PREVOST H345

This offer is compared to the Low Blue Book value as of March 2010 and the outstanding debt against vehicles as follows:

| Motor Coach | Low Blue Book | Offer Price | Debt on Coach | Offer minus Debt |
|---|---|---|---|---|
| 08 Prevost 5694 | $339,600 | $270,000 | $192,335 | $77,665 |
| 08 Prevost 5695 | $339,600 | $270,000 | $192,335 | $77,665 |
| 08 Prevost 5696 | $339,600 | $270,000 | $192,335 | $77,665 |
| 08 Prevost 5697 | $339,600 | $270,000 | $190,885 | $79,115 |
| 08 Prevost 5698 | $339,600 | $270,000 | $185,607 | $84,393 |
| 08 Prevost 5699 | $339,600 | $270,000 | $185,607 | $84,393 |
| **TOTAL $540k** | $2,037,600 | $1,620,000 | $1,139,106 | $480,894 |

REPORT OF BID RESULTS FOR MTR WESTERN ASSETS AND
STATUS OF PROPOSED STALKING HORSE BID - 4
#780461 v1 / 43835-0011

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

This offer, for **up to two** 2008 Prevost H3-45s, assuming the coaches with the most equity and a successful closing, would result in $168,786 net to the estate after deducting debt from the purchase price.

6. <u>Bid No. 5 – Polynesian Adventure Tours</u>. The offer of Polynesian Adventure Tours, LLC is attached as <u>Exhibit 6</u>, but the offer is $2,325,000 for the 8 coaches set out below:

| Motor Coach | Low Blue Book | Serial Nos. | Debt on Coach | Offer minus Debt |
|---|---|---|---|---|
| 09 Van Hool | $392,600 | YE2TC15B392044358 | $373,875 | ($83,250) |
| 09 Van Hool | $392,600 | YE2TC15B192044360 | $373,875 | ($83,250) |
| 09 Van Hool | $392,600 | YE2TC15B792044363 | $373,875 | ($83,250) |
| 10 Van Hool | $400,000 | YE2TC15B4A2044373 | $373,875 | ($83,250) |
| 10 Van Hool | $380,000 | YE2TA15B8A2040171 | $331,543 | ($40,918) |
| 10 Van Hool | $375,000 | YE2CC15B3A2046180 | $354,355 | ($63,730) |
| 10 Van Hool | $375,000 | YE2CC15B5A2046214 | $297,221 | ($6,596) |
| 10 Van Hool | $375,000 | YE2CC15B7A2046215 | $297,221 | ($6,596) |
| **TOTAL $2.325m** | $3,082,800 | $2,325,000 | 2,775,840 | ($450,840) |

This offer, for 8 Van Hools, assuming a successful closing of all coaches, the sale would result in a **net loss** of $450,840 to the estate after deducting a portion of the debt from the purchase price.

7. <u>Bid No. 6 – LeBus</u>. The offer of Jackson Rocks Springs, Inc. dba LeBus, is attached as <u>Exhibit 7</u>, but the pertinent section of the offer is set out below for the Court's ready reference:

REPORT OF BID RESULTS FOR MTR WESTERN ASSETS AND
STATUS OF PROPOSED STALKING HORSE BID - 5
#780461 v1 / 43835-0011

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

> Purchase Price Offer: See Below
>
> Specific Motor Coaches: Identify below or attach list  Will purchase separately
>
> UNIT 4869  2006 Prevost  10520    $130,000.00
> UNIT 4872  2006 Prevost  10547    $130,000.00
> UNIT 2401  2005 Krystal  36276    $22,000.00
>
> Specific Motor Coaches: Identify below or attach list
>
> UNIT 5016  2005 Prevost  10176    $110,000.00
> UNIT 5017  2005 Prevost  10181    $110,000.00

This offer is compared to the Low Blue Book value as of March 2010 and the outstanding debt against vehicles as follows:

| Motor Coach | Low Blue Book | Offer Price | Debt on Coach | Offer minus Debt |
|---|---|---|---|---|
| 06 Prevost 4869 | $201,400 | $130,000 | $201,917 | ($70,917) |
| 06 Prevost 4872 | $201,400 | $130,000 | $201,917 | ($70,917) |
| 05 Krystal 2401 | $29,300 | $22,000 | 0 | $22,000 |
| 05 Prevost 5016 | $180,200 | $110,000 | $163,537 | ($53,537) |
| 05 Prevost 5017 | $180,200 | $110,000 | $163,537 | ($53,537) |
| TOTAL | $813,700 | $502,000 | $728,908 | ($226,908) |

This offer, for two 2006 Prevost H3-41s, two 2005 Prevost H3-41s, and one Krystal Mini, assuming a successful closing of all coaches, would result in a **net loss** of $226,908 to the estate after deducting debt from the purchase price.

    8.    Bid No. 7 – Star Transit Co. The offer of Star Transit Co., Inc. is attached as Exhibit 8, but the pertinent section of the offer is set out below for the Court's ready reference:

REPORT OF BID RESULTS FOR MTR WESTERN ASSETS AND
STATUS OF PROPOSED STALKING HORSE BID - 6
#780461 v1 / 43835-0011

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Purchase Price Offer: $552,000.00

Specific Motor Coaches: Identify below or attach list

2008 PREVOST H3-45 Vin#2PCH334948C711242
2008 PREVOST H3-45 Vin#2PCH334948C711239

This offer is compared to the Low Blue Book value as of March 2010 and the outstanding debt against vehicles as follows:

| Motor Coach | Low Blue Book | Serial Nos. | Debt on Coach | Offer minus Debt |
|---|---|---|---|---|
| 08 Prevost | $339,600 | 2PCH334948C711239 | $192,335 | $83,665 |
| 08 Prevost | $339,600 | 2PCH334948C711242 | $190,885 | $85,115 |
| **TOTAL ($552k)** | $679,200 | | $383,221 | $168,779 |

This offer, for two 2008 Prevost H3-45s, assuming a successful closing of both coaches, would result in $168,779 net to the estate after deducting debt from the purchase price.

In an accompanying email, it has also extended the following purchase offer without a purchase price:

> "In the event our specific vehicle selection above under this submitted bid is not accepted, we have identified the following vehicles we would extend our purchase price bid offer for any two (2) of the following vehicles:
> -2008 Prevost H3-45 Vin#2PCH334968C711243
> -2008 Prevost H3-45 Vin#2PCH334908C711237
> -2008 Prevost H3-45 Vin#2PCH334958C711248
> -2008 Prevost H3-45 Vin#2PCH334938C711247"

9. <u>Other Expressions of Interest</u>. Two other expressions of interest were received by Diana Carey on behalf of the MTR Entities. One indicated an interest in acquiring MTR Entities as a going concern and a willingness to deposit $500,000 to be part of an auction process. The second, was also from an interested party that indicated that due to its team's inability to complete due diligence, they were reluctant to put in a firm bid but did express a strong desire to participate in an auction.

REPORT OF BID RESULTS FOR MTR WESTERN ASSETS AND
STATUS OF PROPOSED STALKING HORSE BID - 7
#780461 v1 / 43835-0011

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

10. <u>Conclusion</u>. The bid process ordered by the Court did result in 6 offers not withdrawn on about 25 motor coaches. Three of the offers if pursued would result in an aggregate net loss of nearly $715,000. If the sales of the remaining three offers were pursued and successfully closed, after paying underlying debt the estate would receive a net of approximately $550,000 in sales proceeds. The results of this exercise only confirm that making the offer of GTO, LLC, the stalking horse bid is appropriate and in the best interests of the MTR creditors. Particularly now that the aggregate net purchase price after paying secured creditors is $5,500,000.

This exercise also resulted in expressions of interest which may well prove that an auction along the lines proposed in the MOTION FOR APPROVAL OF:SALE, PURSUANT TO AN AUCTION, OF SUBSTANTIALLY ALL OF DEBTORS' ASSETS AND BUSINESS FREE AND CLEAR OF LIENS; BIDDING, NOTICE AND SALE PROCEDURES; and ADDITIONAL RELIEF will bring in even more than the amount offered by GTO.

**Dated** this 14th day of December 2010.

By: _____
George S. Treperinas, WSBA #15434
Attorneys for MTR Entities

REPORT OF BID RESULTS FOR MTR WESTERN ASSETS AND
STATUS OF PROPOSED STALKING HORSE BID - 8
#780461 v1 / 43835-0011

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100