# MTR / GeoGenius
## Trademark and Copyright Status Report

| Mark | Jurisdiction | Status | Action Due | Deadline | App. No. | App. Date | Reg. No. | Reg. Date | Our File No. |
|---|---|---|---|---|---|---|---|---|---|
| Beyond Biodiesel Ad (COPYRIGHT) | United States | Docket | Status Inquiry Due | 1/15/2011 | | | | | C119215.0009.d |
| *Class* | *Goods/Services* | | | | | | | | |
| GEOGENIUS | United States | Filed | Due Diligence Inquiry | 2/15/2011 | 77/098,548 | 2/2/2007 | | | 119215.0019 |
| 009 | Global positioning system (GPS) consisting of computers, computer software, transmitters, receivers, and network interface devices; GPS data logger for recording trips and classifying them into different accounts; Satellite navigational system, namely, a global positioning system (GPS); Vehicle locator and recovery device programmed to use global positioning systems (GPS) and cellular telecommunications; Vehicle mounted GPS sensor for determining the rate of motion for a vehicle. | | | | | | | | |
| 039 | Conducting sightseeing tours for others; Travel and tour information service; Travel and tour ticket reservation service; Travel guide services. | | | | | | | | |
| *Class* | *Goods/Services* | | | | | | | | |
| It's Good To Be Green Website (03/08) (COPYRIGHT) | United States | Docket | Status Inquiry Due | 1/15/2011 | | | | | C119215.0009.h |
| *Class* | *Goods/Services* | | | | | | | | |
| MTR Website (03/08) (COPYRIGHT) | United States | Docket | Status Inquiry Due | 1/15/2011 | | | | | C119215.0009.i |
| *Class* | *Goods/Services* | | | | | | | | |
| MTR WESTERN | Canada | Registered | Reminder | 8/24/2021 | 1317981 | 9/26/2006 | TMA694,761 | 8/24/2007 | 119215.0012 |
| *Class* | *Goods/Services* | | | | | | | | |
| | Bus transport; bus chartering; chartering of buses, motor coaches, luggage trucks, vans, mini coaches, and mid-size coaches; transportation of passengers by bus, motor coach, vans, mini coaches, and mid-size coaches; arranging travel tours; conducting sightseeing tours for others; organization of sightseeing tours; tour guide services; organization of excursions, sightseeing tours, and travel; organization, booking and arrangement of excursions, day trips and sightseeing tours; tour conducting or escorting; travel and tour information service; travel and tour ticket reservation services; guided tours of tourist attractions, parks, museums, sports venues, shopping malls, camps, recreation areas, entertainment venues, residences, train stations, bus stations, airports, churches, restaurants, schools, docks, race tracks, foreign countries, politicians, and businesses; vehicle driving services; bus transport and chartering services for tour operators, sports teams, entertainers, politicians, and convention and meeting planners. | | | | | | | | |
| MTR WESTERN | United States | Registered | Section 8 & 15 Reminder | 10/2/2012 | 77/001,803 | 9/18/2006 | 3,300,666 | 10/2/2007 | 119215.0006 |
| *Class* | *Goods/Services* | | | | | | | | |
| 039 | Bus transport; bus chartering; chartering of buses, motor coaches, luggage trucks, vans, mini coaches, and mid-size coaches; transportation of passengers by bus, motor coach, vans, mini coaches, and mid-size coaches; arranging travel tours for others; organization of sightseeing tours; tour guide services; organization of excursions, sightseeing tours, and travel; organization, booking and arrangement of excursions, day trips and sightseeing tours; tour conducting or escorting; travel and tour information service; travel and tour ticket reservation services; vehicle driving services; bus transport and chartering services for tour operators, sports teams, entertainers, politicians, and convention and meeting planners. | | | | | | | | |
| 041 | Guided tours of tourist attractions, parks, museums, sports venues, shopping malls, camps, recreation areas, entertainment venues, residences, train stations, bus stations, airports, churches, restaurants, schools, docks, race tracks, foreign countries, and businesses. | | | | | | | | |

# MERIDIAN TRANSPORTATION RESOURCES, LLC TRADEMARK LIST

| Mark | Serial No. | Reg. No. | Reg. Date | Renewal Deadline | Goods and Services | Notes |
|---|---|---|---|---|---|---|
| DRIVEN BY PASSION (United States) | 77098556 | 3306286 | 10/9/07 | 10/9/13 | IC 039. US 100 105. G & S: Bus chartering; Bus transport; Transportation of passengers and/or goods by bus or motorcoach. FIRST USE: 20030101. FIRST USE IN COMMERCE: 20030101 | Registered |
| (logo) (United States) | 77004514 | 3346754 | 12/4/07 | 12/4/13 | IC 039. US 100 105. G & S: Bus transport; bus chartering; chartering of buses, motor coaches, luggage trucks, vans, mini coaches, and mid-size coaches; transportation of passengers by bus, motor coach, vans, mini coaches, and mid-size coaches; arranging travel tours; conducting sightseeing tours for others; organization of sightseeing tours; tour guide services; organization of excursions, sightseeing | Registered |

{01525351.DOC;1}

tours, and travel; organization, booking and arrangement of excursions, day trips and sightseeing tours; tour conducting or escorting; travel and tour information service; travel and tour ticket reservation services; vehicle driving services; bus transport and chartering services for tour operators, sports teams, entertainers, politicians, and convention and meeting planners.
FIRST USE: 20021200. FIRST USE IN COMMERCE: 20021200

IC 041. US 100 101 107. G & S: Guided tours of tourist attractions, parks, museums, sports venues, shopping malls, camps, recreation areas, entertainment venues, residences, train stations, bus stations, airports,

| Mark | Serial No. | Filing Date | Reg. Date | Goods/Services | Status |
|---|---|---|---|---|---|
| MTR Western (logo)<br><br>MTR WESTERN<br>(United States) | 77004505 | 3296236 | 9/25/07 | 9/25/13 | IC 039. US 100 105. G & S: Bus transport; bus chartering; chartering of buses, motor coaches, luggage trucks, vans, mini coaches, and mid-size coaches; transportation of passengers by bus, motor coach, vans, mini coaches, and mid-size coaches; arranging travel tours; conducting sightseeing tours for others; organization of sightseeing tours; tour guide services; organization of excursions, sightseeing tours, and travel; organization, booking and arrangement of excursions, day trips and sightseeing tours; tour conducting or churches, restaurants, schools, docks, race tracks, foreign countries, and businesses. FIRST USE: 20021200. FIRST USE IN COMMERCE: 20021200 | Registered |

| |
|---|
| escorting; travel and tour information service; travel and tour ticket reservation services; vehicle driving services; bus transport and chartering services for tour operators, sports teams, entertainers, politicians, and convention and meeting planners. FIRST USE: 20021200. FIRST USE IN COMMERCE: 20021200 |
| IC 041. US 100 101 107. G & S: Guided tours of tourist attractions, parks, museums, sports venues, shopping malls, camps, recreation areas, entertainment venues, residences, train stations, bus stations, airports, churches, restaurants, schools, docks, race tracks, foreign countries, and businesses. FIRST USE: 20021200. FIRST |

| MTR Western (Canada) logo | 1317987 | TMA694760 | 8/24/07 | 8/24/22 | 1) Bus transport; bus chartering; chartering of buses, motor coaches, luggage trucks, vans, mini coaches, and mid-size coaches; transportation of passengers by bus, motor coach, vans, mini coaches, and mid-size coaches; arranging travel tours; conducting sightseeing tours for others; organization of sightseeing tours; tour guide services; organization of excursions, sightseeing tours, and travel; organization, booking and arrangement of excursions, day trips and sightseeing tours; tour conducting or escorting; travel and tour information service; travel and tour ticket reservation services; guided tours of tourist attractions, parks, museums, sports | USE IN COMMERCE: 20021200 | Registered |
|---|---|---|---|---|---|---|---|

**MTR WESTERN (Canada)**

{01525351.DOC;1}

| | | | | |
|---|---|---|---|---|
| (Canada) [signature] | 1317988 | TMA708625 | 2/29/08 | 2/29/23 | venues, shopping malls, camps, recreation areas, entertainment venues, residences, train stations, bus stations, airports, churches, restaurants, schools, docks, race tracks, foreign countries, and businesses; vehicle driving services; bus transport and chartering services for tour operators, sports teams, entertainers, politicians, and convention and meeting planners<br><br>(1) Bus transport; bus chartering; chartering of buses, motor coaches, luggage trucks, vans, mini coaches, and mid-size coaches; transportation of passengers by bus, motor coach, vans, mini coaches, and mid-size coaches; arranging travel tours; conducting sightseeing tours for others; organization of | Registered |

{01525351.DOC;1}

sightseeing tours; tour guide services; organization of excursions, sightseeing tours, and travel; organization, booking and arrangement of excursions, day trips and sightseeing tours; tour conducting or escorting; travel and tour information service; travel and tour ticket reservation services; guided tours of tourist attractions, parks, museums, sports venues, shopping malls, camps, recreation areas, entertainment venues, residences, train stations, bus stations, airports, churches, restaurants, schools, docks, race tracks, foreign countries, and businesses; vehicle driving services; bus transport and chartering services for tour operators, sports teams, entertainers,

{01525351.DOC;1}

| |
|---|
| |
| |
| |
| |
| |
| politicians, and convention and meeting planners |
| |

Schedule 2.2(a) – Assumed Contracts

- See attached.

DEC 15 2010

{01523288.DOC;5 }

CONTRACTS TO BE ASSUMED BY SELLER

| OFFICE AND YARD LEASES | | | | |
|---|---|---|---|---|
| **Leased Property Location** | **Lessor** | **Effective Date** | **Term** | |
| Calgary, Alberta | Canadian Property Holdings, Inc. | May 1, 2006 | Ten Years – Expires April 30, 2016 | |
| Delta, BC | Brandon Buildings Corporation | March 1, 2006 | 10 years | |
| Federal Way, WA | 1910 South 344th LLC and 1934 South 344th LLC | June 1, 2008 | Ends June 30, 2013 | |
| San Francisco, CA | Eli & Kay Properties, LP | July 15, 2005 | 5 years and ½ month; Ended July 31, 2010 | |

1

| MOTOR COACH AGREEMENTS | | | | | |
|---|---|---|---|---|---|
| Contract Type | Date | Lender / Lessor | Coach VIN Number(s) | | |
| Loan documents (Promissory Note, Security Agreement, Insurance, Titled Equipment Agreement, Waiver, etc.) | May 19, 2008 | Wells Fargo Equipment Finance | 2PCH334908C711237; 2PCH334948C711239; 2PCH334948C711242. | | |
| Same documents. | May 27, 2008 | Same | 2PCH334968C711243 | | |
| Same documents. | May 27, 2008 | Same | 2PCH334938C711247; 2PCH334958C711248. | | |
| Same documents. | May 27, 2008 | Same | 2PCH334978C711252; 2PCH334928C711255 | | |
| Same documents | April 18, 2008 | Same | WKKA34DD183000639 | | |
| Same documents | April 15, 2008 | Same | WKKA34DD88300640 | | |
| Same documents | March 26, 2010 | Same | YE2CC15B5A2046214; YE2CC15B7A2046215 | | |
| Same documents | November 26, 2008 | Same | 2PCG334979C729599; 2PCG334999C729605 | | |
| Lease to Purchase Agreement | January 1, 2007 | Tower Tours, LLC | WKKA34AD643000117 | | |
| Purchase Money Security Agreement | June 29, 2009 | ABC Bus Leasing, Inc. | YE2TC15B4A2044373 | | |
| Purchase Money Security Agreement, Note, etc. | March 30, 2010 | ABC Bus Leasing, Inc. | YE2CC19BXA2046946; YE2CC15B3A2046180 | | |
| Purchase Money Security Agreement, Certificate of Liability Insurance, Statement of Delivery Outside CA, etc. | April 28, 2010 | ABC Bus Leasing, Inc. | YE2CC19B5A2046935 YE2CC19B7A2046936 | | |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Operating Lease Agreement | May 5, 2010 | ABC Bus Leasing, Inc. | 2PCH3349051010107<br>2PCH3349751010119<br>2PCH3341551010176<br>2PCH3341951010181<br>2PCH3341361010520<br>2PCH3341161010547<br>2PCH3349471710893<br>2PCH3349671710894<br>2PCH3349X71710896<br>2PCH3349571710899<br>2PCH3349171710866<br>2PCH3349371710867<br>2PCH3349771710869<br>2PCH334967C710902<br>2PCH334917C710905<br>2PCH334997C710909<br>2PCH334957C710910<br>2PCH3349X7C710921<br>WKKA34AD533000026<br>WKKA34AD933000028 | | |
| Lease and Purchase Option Extension Agreement | November 4, 2010 | ABC Bus Leasing, Inc. | See immediately above list. | | |
| Purchase Agreement and Bill of Sale | March 17, 2010 | ABC Bus Leasing, Inc.<br><br>(People's) | YE2TA15B8A2040171 | | |
| Purchase Agreement and Bill of Sale | March 17, 2010 | ABC Bus Leasing, Inc.<br><br>(People's) | YE2CC19B392046895 | | |
| Note, Purchase Money Security Agreement, etc. | June 12, 2009 | ABC Bus Leasing, Inc. | YE2TC15B392044358;<br>YE2TC15B192044360;<br>YE2TC15B792044363 | | |
| | | | | | |

Schedule 2.7 – Allocation Schedule

- To be completed.

DEC 1 5 2010
BY JM 2:25

Schedule 4.5 – Exceptions to Asset Title Warranty

- To be completed.

COPY RECEIVED
KARR TUTTLE CAMPBELL

DEC 15 2010

By JM 2:25

Schedule 4.7 – Existing Contract List / Exceptions to Existing Contract Warranty

- See attached: Customer, Service, Vendor, Software, Rent, Real Property Lease Contracts, and Coach Contracts.

DEC 1 5 2010

By JM 2:25

{01523288.DOC;5 }