# CONTRACTS
## (Note information in blank cells is unknown or TBD)

| CUSTOMER, MARKETING AND NON-COMPETE CONTRACTS | | | |
|---|---|---|---|
| **Contract Type** | **Customer** | **Effective Date** | **Term** |
| Agreement for Motor Coach Services | Seattle University | 6/4/2010 | 2010-2011 season |
| Agreement between MTR Western and APT | APT | 12/1/08 | 3 years; ends 12/31/11 |
| Caravan Reservation Agreement | Caravan | Signed and submitted 3/7/2006 | Uncertain, appears to be through 2010 |
| Proposal for Motorcoach Services | Contiki Holidays USA | Submitted 7/24/2007 | |
| Agreement | Contiki – Canada & Rockies with Stampede | | 2007-2011 |
| Proposal for Motorcoach Services | Destination Amercia – Canada | Submitted 9/5/2007 | |
| Proposal for Motorcoach Services | Destination America | Submitted 9/5/2007 | |
| Escorted Tour Motorcoach Transportation Services Agreement | Your Man Tours | 8/23/2010 | 24 months unless earlier terminated |
| Memoranda of Agreement | 49ers | 2008-2010 | 2 years |
| Memoranda of Agreement | Chicago Bears | 2007-2009 | 3 years |
| Memoranda of Agreement | Seattle Seahawks | 2009-2011 | 3 years |
| 2010 American Cruise Lines Contract | American Cruise Lines | June 2010 | |
| Ground Transportation Agreement | Tower Tours | 12/28/06 | 10 years |
| Revised Contract 2010 | Collette Vacations | 1/1/2010 | 1/1/2010-5/9/2012 |

# CONTRACTS
## (Note information in blank cells is unknown or TBD)

| Joint Marketing Agreement | Tower | 1/1/2009 | |
|---|---|---|---|
| Non-Compete Agreement | Mark Renner | 7/31/2003 | |
| Non-Compete Agreement | Don Renner | 7/31/2003 | |
| **VENDORS** | | | |
| **Type of Service** | **Vendor** | **Effective Date** | **Term** |
| Vehicle/Equipment financing | Wells Fargo Equipment Finance | | |
| Fleet Fuel Supplier (CFN) | Olympian | | |
| Fleet / Property Insurance | National Interstate Insurance | | |
| Employee Insurance | Regence BlueShield | | |
| Vehicle/Equipment financing | ABC Financial Services | | |
| Canadian Fuel Supplier | Petro-Canada | | |
| Fleet Parts / Equipment supplier | Prevost Car, Inc. | | |
| Vehicle/Equipment financing | Volvo Financial Services | | |
| | State of Oregon | | |
| Delta Facility Rental | VanCity Scu | | |
| Fleet Fuel Supplier (PacPride) | Snider Petroleum | | |
| SF Facilty rental | Ell & Kay Properties, LP | | |

# CONTRACTS
## (Note information in blank cells is unknown or TBD)

| | | | |
|---|---|---|---|
| FW Facility rental | Gregory L. Olson | | |
| PDX Facility rental | TEC Equipment, Inc. | | |
| Vancouver Island Ferry Service | BC Ferry Services Inc | | |
| Hospitality | Best Western Regency Inn & Conference Centre | | |
| Seattle Corp Facility Rental | Federal Home Loan Bank of Seattle | | |
| Fleet / Bulk fuel supplier | Petrocard | | |
| Canadian Health Benefits | ICBA Benefit Services Ltd | | |
| Calif Work Comp ins. Financing | First Insurance | | |
| Calgary Facility/Shop Lease | CREIT Management Limited | | |
| Financing | American Express | | |
| | State of Washington | | |
| Vehicle/Equipment financing | Key Equipment Finance Inc. | | |
| DDA authorized service center | Pacific Power Products | | |
| Telecommunication Provider | Sprint | | |
| Graphic design production | Superior Imaging Group Inc. | | |

# CONTRACTS
## (Note information in blank cells is unknown or TBD)

| | | | |
|---|---|---|---|
| OR Work Comp Insurance | Saif Corporation | | |
| Software service / support (GP) | BestTechsNW, Inc. | | |
| Fleet Parts / Equipment supplier | Prevost | | |
| Vancouver Sightline Facility rent | Harbour Centre Complex Limited | | |
| Graphic design production | Graphix in Motion | | |
| Professional Services - Legal | May Jensen Shawa Solomon LLP | | |
| Tire Service/Supplier | Superior Tire Service | | |
| Employee Insurance | MetLife Small Business Center | | |
| | CI Investments | | |
| Fleet Parts / Equipment supplier | Setra of North America | | |
| The Dalles Facility mortgage | Mid Columbia Economic Development Dist. | | |
| | Rocky Mountaineer Vacations | | |
| Vehicle/Equipment financing | People's Capital and Leasing Corp | | |
| Fleet / Bulk fuel supplier | 4Refuel | | |

# CONTRACTS
## (Note information in blank cells is unknown or TBD)

| | | | |
|---|---|---|---|
| Fleet / Bulk fuel supplier | Devin Oil Co. Inc | | |
| Professional Svcs (CN Legal) | Lang Michener | | |
| Financing | Columbia River Bank- 40349 | | |
| Telecommunication Provider | Telus | | |
| Tire Service/Supplier | Wilson Way Tire | | |
| Fleet Parts / Equipment supplier | Napa | | |
| Driver Accom / Staff Housing | Sandman Signature Vancouver Airport | | |
| Internet Service Provider (corp)_ | XO Communications | | |
| | Elite Window Tinting | | |
| Fleet Parts / Equipment supplier | Ott's Friction Supply | | |
| Regulatory Compliance | Canada Revenue Agency | | |
| Fleet Parts / Equipment supplier | ABC Companies | | |
| Regulatory Compliance | Revenue Services of British Columbia | | |
| Fleet paint and body supply | Quality Paint Products | | |
| Paint and Body service (CN) | Western Bus Parts-Sales & Service | | |

# CONTRACTS
## (Note information in blank cells is unknown or TBD)

| | | | |
|---|---|---|---|
| Telecommunication Provider | AT& T Mobility | | |
| Cleaning supply and chemicals | Zep Sales & Service | | |
| Trans Border Business Broker | Pacific Customs Brokers Ltd. | | |
| Telecommunication Provider | QWEST | | |
| Telecommunication Provider | Rogers Wireless | | |
| Software service / support (CBS) | Paradigm Technology Consulting, LLC | | |
| Tire Service/Supplier | Midway Excel Tire Centers | | |
| Regulatory Compliance | City of San Francisco Tax Collector | | |
| Telecommunication Provider | AT&T | | |
| Utilities / garbage collection | PG&E | | |
| Software service / support (FMS) | Fleet Management Solutions | | |
| Fleet paint and body supply | National Coatings and Supply | | |
| | Oregon Economic & Comm. Dev. Dept. | | |
| DDA authorized service center | Valley Power Systems Inc | | |
| Employee Insurance | Unum Life Insurance Co of America | | |

# CONTRACTS
## (Note information in blank cells is unknown or TBD)

| | | | |
|---|---|---|---|
| Worker's Comp - BC | Workers Compensation Board of BC | | |
| Airport Access Authority | Calgary Airport Authority | | |
| Vehicle service / Coach wash | Blue Beacon Truck Washes | | |
| Package shipping and mail | Fed-Ex   4111 | | |
| Security Alarm monitoring | ADT Security Services | | |
| Shop uniform/supply cleaning | Aramark Uniform Services | | |
| Telecommunication Provider | Telus | | |
| | Wayside Press Ltd | | |
| Vehicle/Equipment financing | Navistar Leasing | | |
| | GFS/Bridge Brand | | |
| Embroidery / Uniform Service | BC Graphics Inc | | |
| | Lane County Dept. of Assessment & Taxation | | |
| Cummins authorized service | Cullen Diesel Power Ltd | | |
| Personnel / Staffing | Accountemps | | |
| Utilities / garbage collection | BC Hydro | | |

# CONTRACTS
## (Note information in blank cells is unknown or TBD)

| | | | |
|---|---|---|---|
| Utilities / garbage collection | Golden Gate Disposal | | |
| Software service / support (Zonar) | Zonar Systems Inc. | | |
| Driver Accom / Staff Housing | Oxford Suites Jantzen Beach | | |
| Employee Insurance | VISION SERVICE PLAN | | |
| Cleaning supply and chemicals | Zep Sales & Service of Canada | | |
| Fleet paint and body service - CA | Bay Equipment & Repair | | |
| Driver Accom / Staff Housing | Quality Inn & Suites | | |
| Tire Service/Supplier | Park House Tire Inc | | |
| Upholstery / Coach Seating | Willingham | | |
| Regulatory Compliance | TruSST Team | | |
| | San Francisco P.U.C. | | |
| Utilities / garbage collection | Puget Sound Energy-1910 S. 344th St. | | |
| Software service / support (Geo) | Alcorn McBride Inc. | | |
| Telecommunication Provider | Sprint | | |

# CONTRACTS
## (Note information in blank cells is unknown or TBD)

| | | | |
|---|---|---|---|
| Fleet Parts / Equipment supplier | Napa DELTA | | |
| Payroll Processing/Benefits Mgr | ADP | | |
| Telecommunication Provider | Verizon Northwest | | |
| Professional Svcs (WA Legal) | Lane Powell PC | | |
| Fleet Parts / Equipment supplier | Radio Engineering Industries, Incorporated | | |
| See Radio Engineering | REI | | |
| Utilities / garbage collection | LA Dept of Water & Power | | |
| Fleet Parts / Equipment supplier | Aserviceutomotive Equipment & Supply Inc. | | |
| Cleaning supply and chemicals | ChemSearch | | |
| | Direct Energy | | |
| Fleet Parts / Equipment supplier | Gregg Distributors (BC) Ltd | | |
| Attraction Entrance/Parking | Parks Canada | | |
| | Siminski & Associates, P.S. | | |
| Fleet repair & maint. Service | Scotia Truck & Trailer Repairs Ltd | | |

# CONTRACTS
## (Note information in blank cells is unknown or TBD)

| | | | |
|---|---|---|---|
| Attraction Entrance/Parking | City of Vancouver | | |
| Attraction Entrance/Parking | National Park Service | | |
| Regulatory Compliance | Public Utilities Commission State of Calif | | |
| Regulatory Compliance | Wasco County Dept of Assessemnt | | |
| Fleet paint and body service - CA | National Truck & Paint Specialists, Inc. | | |
| Personnel / Staffing | Adecco Employment Services Limited | | |
| Electronic / Computer hardware | CDW Direct, LLC | | |
| Fleet Fuel Supplier | Chevron | | |
| | IBS, Inc. | | |
| Lubricants/Petroleum Products | Western States Oil Co. | | |
| SF Fleet tire service/install | R.C.D. Tire Service | | |
| | Calgary BTIPP | | |
| Utilities / garbage collection | Waste Management | | |
| Utilities / garbage collection | Terasen Gas | | |
| Graphic design production | Graphix in Motion Inc. | | |

# CONTRACTS
## (Note information in blank cells is unknown or TBD)

| | | | |
|---|---|---|---|
| DDA authorized service center | Waterous Power Systems | | |
| | Swifty Printing | | |
| Attraction Entrance/Parking | City of Sausalito | | |
| Fleet Parts / Equipment supplier | FleetPride | | |
| Airport Access Authority | Port Of Portland | | |
| Regulatory Compliance | City of Seattle | | |
| Vehicle/Equipment financing | CIT Technology Finance Serv Inc. | | |
| FW Facility maintenance (ECO) | Western States Environmental Inc | | |
| Driver Accom / Staff Housing | Red Lion Hotel on the River | | |
| Tire Service/Supplier | Fountain Tire | | |
| Utilities / garbage collection | Countryside Disposal | | |
| Regulatory Compliance | Driver Check Inc | | |
| Alberta WorkComp carrier | Worker's Compensation Board Alberta | | |
| Utilities / garbage collection | Waste Management-Calgary | | |

# CONTRACTS
## (Note information in blank cells is unknown or TBD)

| | | | |
|---|---|---|---|
| Fleet Parts / Equipment supplier | Fastenal | | |
| | Kenneth E. McMurrin | | |
| Cleaning supply and chemicals | Chempace Corporation | | |
| Tire Service/Supplier | Tire Distribution Systems Inc | | |
| Fleet Parts / Equipment supplier | Pankey's Radiator Shop Inc | | |
| Bottled Water | Arrowhead | | |
| Facilities equipment supply | ARI Hetra Inc | | |
| | Automated Gates and Equipment | | |
| | Rogers Business 300-031-764 | | |
| Package shipping and mail | UPS | | |
| | Enmax | | |
| Regulatory Compliance | J.J. Keller & Associates, Inc. | | |
| Vehicle service / Coach wash | Banff-Jasper Buswash Inc | | |
| Fleet Parts / Equipment supplier | Fastenal Canada | | |
| Shop uniform/supply cleaning | Cintas Corporation #464 | | |

# CONTRACTS
## (Note information in blank cells is unknown or TBD)

| | | | |
|---|---|---|---|
| Shop uniform/supply cleaning | American Linen | | |
| Fleet Parts / Equipment supplier | San Francisco Ford Lincoln Mercury | | |
| Driver Accom / Staff Housing | Best Western Grosvenor | | |
| Professional Services - Acctg. | Jonathan Schachter | | |
| Software Service / Support | TMT Software | | |
| Professional Svcs (CN Legal) | Derpak White Spencer LLP | | |
| Vehicle service / Coach wash | First Choice RV & Car Wash | | |
| Fleet Parts / Equipment supplier | Interstate Battery of Columbia River | | |
| Vehicle service | Bay Area Bus Repair Inc | | |
| Office supplies | Staples Contract & Commercial, Inc. | | |
| Windshield / Glass supply | Classy Glass Repair dba | | |
| Facility maintenance | AJP Building Maintenance | | |
| | Rogers Business Solutions | | |
| | Dept of Motor Vehicles | | |
| Tire Service/Supplier | Ward Tires | | |
| Regulatory | Occupational Health Services | | |

# CONTRACTS
## (Note information in blank cells is unknown or TBD)

| Compliance | | | |
|---|---|---|---|
| | Home Depot | | |
| Airport Access Authority | Vancouver International Airport | | |
| | CBS Parts LTD | | |
| Fleet Parts / Equipment supplier | Carrier Sales and Distribution LLC | | |
| Utilities / garbage collection | Portland Disposal & Recycling, Inc. | | |
| Regulatory Compliance | Occupational Health Centers | | |
| Internet Service Provider | Covad Communications | | |
| Fleet Parts / Equipment supplier | Sams Maintenance Supply | | |
| Fleet Parts / Equipment supplier | Airgas | | |
| Association Dues | United Motorcoach Association | | |
| Airport Access Authority | Port of Seattle | | |
| Fleet Parts / Equipment supplier | Betts Truck Parts and Service | | |
| Fleet Parts / Equipment supplier | Interstate Batteries, Inc. | | |
| Package shipping and mail | Pitney Bowes | | |

# CONTRACTS
## (Note information in blank cells is unknown or TBD)

| | | | |
|---|---|---|---|
| DDA authorized service center | Pacific Power | | |
| Package shipping and mail | UPS Canada | | |
| Utilities / garbage collection | Lakehaven Utility District | | |
| Utilities / garbage collection | Northern Wasco County PUD | | |
| Tire Service/Supplier | Les Schwab | | |
| Utilities / garbage collection | The Dalles Disposal | | |
| Regulatory Compliance | Vancouver Fire Prevention Service Co. Ltd | | |
| Employee Insurance | Unum Provident Life and Accident Ins. Co | | |
| Vehicle Towing / Recovery | TLC Towing | | |
| Tire Service/Supplier | Kal Tire | | |
| Driver Accom / Staff Housing | Accent Inns Kamloops | | |
| | Rogers Business Solutions | | |
| Attraction Entrance/Parking | Grand Canyon Park Airport | | |
| | Ray's Garden Service | | |
| Cleaning supply and chemicals | Unisource Canada Inc | | |

# CONTRACTS
## (Note information in blank cells is unknown or TBD)

| | | | |
|---|---|---|---|
| Fleet Parts / Equipment supplier | Napa Auto Parts  167-04188 (Seattle) | | |
| Attraction Entrance/Parking | DOI National Park Service | | |
| Telecommunication Provider | Telus | | |
| Fleet Parts / Equipment supplier | ABC Companies | | |
| Fleet Parts / Equipment supplier | Tacoma Screw Products, Inc. | | |
| Fleet Parts / Equipment supplier | Napa - 173-01896 (Portland) | | |
| Driver Accom / Staff Housing | Days Inn Bend | | |
| Telecommunication Provider | AT&T | | |
| Regulatory Compliance | HireRight Solutions Inc. | | |
| | Washington State Support Registry | | |
| Utilities / garbage collection | Northwest Natural Gas | | |
| Airport Access Authority | City of Los Angeles | | |
| Regulatory Compliance | Ferrell's Fire Extinguisher Co., Inc. | | |
| | Edwin Abshire | | |
| | Jack Napier | | |

# CONTRACTS
## (Note information in blank cells is unknown or TBD)

| | | | |
|---|---|---|---|
| Regulatory Compliance | United Fire, Health, & Safety | | |
| Graphic design production | Decal Application Co. | | |
| | Dept of Public Health | | |
| Vehicle service / Coach wash | Del's Truck Wash | | |
| Office equipment | Pacific Office Automation | | |
| Regulatory Compliance | Washington Utilities and Transportation Commission | | |
| Bottled Water | Crystal Springs | | |
| Fleet Parts / Equipment supplier | Interstate Battery Systems Of San Fran. | | |
| DDA authorized service center | Smith Detroit Diesel | | |
| Fleet Parts / Equipment supplier | Acklands Grainger | | |
| Driver Accom / Staff Housing | Mountain Park Lodges | | |
| | John Chow | | |
| Regulatory Compliance | Sanderson Safety Supply Co. | | |
| Tire Service/Supplier | Wingfoot Commercial Tire Inc. | | |
| | Qwest Dex Media West LLC | | |
| Bottled Water | H2Oregon | | |
| Shop uniform/supply | Canadian Linen & Uniform Service | | |

| | | | |
|---|---|---|---|
| cleaning | | | |
| Professional Svcs | Miles Davison LLP | | |
| | NCS-Portland OR - 8975 | | |
| Office equipment | Ricoh Americas Corp. | | |
| Fleet repair & maint. Service | Delta Truck & Trailer Repair | | |
| Driver Accom / Staff Housing | Best Western Grosvenor Hotel | | |
| Vehicle service / Coach wash | Supreme Truck & Car Wash Inc. | | |
| | Avaya | | |
| | Henry Chang | | |
| | ADP Screening and Selection Services | | |
| Fleet paint and body service | Canadian Body Shop Supply LTD | | |
| Regulatory Compliance | Advanced Mobile First Aid & Safety | | |
| Cleaning supply and chemicals | Janitor Room Supply House Ltd | | |
| | Oregon Commercial Heating, Inc. | | |
| | Dun & Bradstreet | | |
| Vehicle service / Coach wash | Dirty Dog Car & Truck Wash | | |
| Association Dues | British Columbia Trucking Assoc. | | |
| Regulatory Compliance | State of Oregon | | |

# CONTRACTS
## (Note information in blank cells is unknown or TBD)

| | | | |
|---|---|---|---|
| Regulatory Compliance | International Fire Inc | | |
| Fleet Parts / Equipment supplier | Praxair | | |
| Office equipment | Sharp Business Systems | | |
| | SameSun Backpackers | | |
| Package shipping and mail | Fedex | | |
| Fleet Parts / Equipment supplier | MCI Parts | | |
| | Comcast | | |
| | Sunrise Self Storage | | |
| Airport Access Authority | San Francisco Airport Commission | | |
| Marketing / Advertising | BusRates.com | | |
| Security Alarm monitoring | Respond Systems Northwest | | |
| Regulatory Compliance | Cascade Occupational Medicine | | |
| | Sewell's Landings Inc. | | |
| Fleet Parts / Equipment supplier | Brighouse Auto Electric | | |
| Fleet paint and body service - CA | Dentpro of Contra Costa | | |
| Association Dues | Commercial Vehicle Safety Alliance | | |

# CONTRACTS
## (Note information in blank cells is unknown or TBD)

| | | | |
|---|---|---|---|
| Association Dues | Motor Coach Canada | | |
| | White Paper Co. | | |
| | Emiko Shibuya | | |
| Telecommunication Provider | Sprint - CGT | | |
| | Imperial Parking Inc | | |
| Driver Accom / Staff Housing | Super 8 Motel | | |
| Driver Accom / Staff Housing | Accent Inns-Victoria | | |
| | Protectron | | |

## RENT

| Contract Type | Counter Party | Effective Date | Term |
|---|---|---|---|
| San Francisco Rent | Ell & Kay Properties | | Expires 7/15/2013 |
| Portland Rent | Tec Equipment | | 5/15/2012 |
| Fed Way Rent | Evergone | | 6/1/2013 |
| Delta Rent | Van City Scu | | 2/28/2016 |
| Calgary Rent | CREIT | | 4/30/2016 |

## INSURANCE AND BENEFITS

| Contract Type | Counter Party | Effective Date | Term |
|---|---|---|---|

# CONTRACTS
## (Note information in blank cells is unknown or TBD)

| | | | |
|---|---|---|---|
| Canadian Health Benefits | ICBA Benefit Services | | 6/30/2016 |
| California Worker's Comp | First Insurance | | |
| Driver Cell Phones | Sprint | | |
| Ore Worker's Comp | Saif Corporation | | |
| Canadian Retirement Accounts | CI Investments | | |
| Canadian Liability Insurance | Mellon Bank | | |
| Canadian Health Benefits | Revenue Svcs of BC | | |
| Employee Dental Insurance | Met Life | | 3/31/2011 |
| Employee Medical Insurance | Regence Blue Shield | | 3/31/2011 |
| Employee Supplemental Insurance | Unum | | 3/31/2011 |
| Vehicle Liability Insurance | National Interstate | | 1/31//2011 |

| SOFTWARE CONTRACTS | | | |
|---|---|---|---|
| **Contract Type** | **Counter Party** | **Effective Date** | **Term** |
| Great Plains | Microsoft/Best Techs Northwest | | Expired |

# CONTRACTS
## (Note information in blank cells is unknown or TBD)

| | | | |
|---|---|---|---|
| (GP) | | | |
| Coachmanager (CBS) | Distinctive Systems | | Expired |
| Paradigm Transportaiton Suite (PTS) | Paradigm Technology Consulting | | Expired |
| Transman (TMT) | TMW Systems | | Expired |
| Zonar | | | |
| Websense | | | |
| VPN | | | |
| Msft Office | | | |
| Juniper Email Firewall | | | |
| Visual Studio Professional with MSDN Professional | Microsoft | | |
| Exchange Server - Enterprise | Microsoft | | |
| Exchange Server - Standard | Microsoft | | |
| Exchange Server Standard CAL - User CAL | Microsoft | | |
| SQL - User CAL | Microsoft | | |
| SQL Server - Standard | Microsoft | | |
| Windows Server - Standard | Microsoft | | |
| Windows Server | Microsoft | | |

# CONTRACTS
## (Note information in blank cells is unknown or TBD)

| - User CAL | | | |
|---|---|---|---|
| Windows Terminal Server CAL | Microsoft | | |

| **OFFICE AND YARD REAL PROPERTY LEASE CONTRACTS** | | | |
|---|---|---|---|
| **Contract Type** | **Counter Party** | **Effective Date** | **Term** |
| Calgary Yard Lease | Canadian Property Holdings, Inc. | May 1, 2006 | Ten Years – Expires April 30, 2016 |
| Delta BC Yard Lease | Brandon Buildings Corporation | March 1, 2006 | 10 years |
| Federal Way Lease | 1910 South 344th LLC and 1934 South 344th LLC | June 1, 2008 | Ends June 30, 2013 |
| Harbour Centre Lease – Vancouver | Harbour Centre Complex Limited | November 1, 2008 | 5 years |
| San Francisco Lease | Ell & Kay Properties, LP | July 15, 2005 | 5 years and ½ month; Ended July 31, 2010 |
| Oral contract to lease parking space | ABC 1485 Dale Way Costa Mesa, CA 92626 | | |
| Commercial Lease | 8101 NE 11th Ave Portland, OR 97211 | 5/1/2006 | 6 years |

| **MOTOR COACH AGREEMENTS** | | | |
|---|---|---|---|
| **Coach #** | **Contract #** | **Lender** | **Type** |
| 57102 | 001-0044341-100 | ABC | Oper Lease |
| | | | |

# CONTRACTS
## (Note information in blank cells is unknown or TBD)

| | | | |
|---|---|---|---|
| 81128 | 001-0042348-100 | ABC | Oper Lease |
| 81129 | 001-0042349-100 | ABC | Oper Lease |
| 81126 | 001-0042350-100 | ABC | Oper Lease |
| 81127 | 001-0042358-100 | ABC | Oper Lease |
| 57104 | 001-0044343-100 | ABC | Oper Lease |
| 57106 | 001-0044667-100 | ABC | Oper Lease |
| 57120-57121 | 001-0149090-702 | Wells Fargo Equipment Finance | Loan |
| 56113 | 001-0163083-714 | Wells Fargo Equipment Finance | Loan |
| 56112 | 001-0163083-715 | Wells Fargo Equipment Finance | Loan |
| 5694-5696 | 001-0163083-716 | Wells Fargo Equipment Finance | Loan |
| 52100-52101 | 001-0163083-718 | Wells Fargo Equipment Finance | Loan |
| 5698-5699 | 001-0163083-719 | Wells Fargo Equipment Finance | Loan |
| 5697 | 001-0163083-717 | Wells Fargo Equipment Finance | Loan |
| 57122 | 2441-002 | People's Capital | Loan |
| 49118 | 2441-001 | People's Capital | Loan |
| 5604 | N/A | Tower | Cap Lease |

# CONTRACTS
## (Note information in blank cells is unknown or TBD)

| | | Tours | |
|---|---|---|---|
| 5601 | 001-0000026-100 | ABC | Oper Lease (Opt.) |
| 5603 | 001-0000028-100 | ABC | Oper Lease (Opt.) |
| 5649 | 001-0010107-100 | ABC | Oper Lease (Opt.) |
| 5650 | 001-0010119-100 | ABC | Oper Lease (Opt.) |
| 5016 | 001-0010176-100 | ABC | Oper Lease (Opt.) |
| 5017 | 001-0010181-100 | ABC | Oper Lease (Opt.) |
| 4869 | 001-0010520-100 | ABC | Oper Lease (Opt.) |
| 4872 | 001-0010547-100 | ABC | Oper Lease (Opt.) |
| 5282 | 001-0010866-100 | ABC | Oper Lease (Opt.) |
| 5283 | 001-0010867-100 | ABC | Oper Lease (Opt.) |
| 5284 | 001-0010869-100 | ABC | Oper Lease (Opt.) |
| 5285 | 001-0010893-100 | ABC | Oper Lease (Opt.) |
| 5286 | 001-0010894-100 | ABC | Oper Lease (Opt.) |
| 5287 | 001-0010896-100 | ABC | Oper Lease (Opt.) |
| 5288 | 001-0010899-100 | ABC | Oper Lease (Opt.) |
| 5289 | 001-0010902-100 | ABC | Oper Lease (Opt.) |
| 5290 | 001-0010905-100 | ABC | Oper Lease (Opt.) |
| 5291 | 001-0010909-100 | ABC | Oper Lease (Opt.) |
| 4892 | 001-0010910-100 | ABC | Oper Lease (Opt.) |

# CONTRACTS
## (Note information in blank cells is unknown or TBD)

| | | | |
|---|---|---|---|
| 5293 | 001-0010921-100 | ABC | Oper Lease (Opt.) |
| 57115 | 001-0044358-100 | ABC | Cap Lease |
| 57116 | 001-0044360-100 | ABC | Cap Lease |
| 57114 | 001-0044363-100 | ABC | Cap Lease |
| 57117 | 001-0044373-100 | ABC | Cap Lease |
| 57105 | 001-0044668-100 | ABC | Oper Lease |
| 57107 | 001-0044669-100 | ABC | Oper Lease |
| 57119 | 001-0046180-100 | ABC | Cap Lease |
| 57124 | 001-0046935-100 | ABC | Cap Lease |
| 57125 | 001-0046936-100 | ABC | Cap Lease |
| 57123 | 001-0046946-100 | ABC | Cap Lease |
| 410 - 412 | 001-0014909-701 | Wells Fargo Equipment Finance | Loan |