UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>FREDERICK D. BERG,<br><br>          Debtor | Lead Case No. 10-18668-KAO<br>(Administratively Consolidated with Case No. 10-23787-KAO)<br>(Administratively Consolidated with Case Nos. 10-23755-KAO, 10-23756-KAO, 10-23757-KAO, 10-23759-KAO, 10-23761-KAO) |
| In re<br><br>OREGON COACHWAYS, INC.<br><br>          Debtor | |
| In re<br><br>MERIDIAN TRANSPORTATION RESOURCES, LLC, a Washington limited liability company,<br><br>          Debtor. | **CORRECTED** NOTICE OF AUCTION TIME CHANGE FOR **JANUARY 12, 2011** AUCTIONS OF OREGON COACHWAYS AND MTR ENTITIES |
| In re<br><br>MERIDIAN TRANSPORTATION RESOURCES (CALIFORNIA), LLC,<br><br>          Debtor | **REVISED AUCTION TIMES ON JANUARY 12, 2011:** |
| In re<br><br>MERIDIAN TRANSPORTATION RESOURCES (CANADA), Ltd.,<br><br>          Debtor | **9:30 AM – MTR Entities**<br>**1:30 PM – Oregon Coachways, Inc.**<br><br>**AUCTION LOCATION REMAINS:** |
| In re<br><br>MTR LEASING, LLC,<br><br>          Debtor | **1201 Third Avenue, Suite 2900**<br>**Seattle, WA 98101** |
| In re<br><br>GEOGENIUS, LLC,<br><br>          Debtor | |

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*

1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

**NOTICE OF REVISION OF AUCTION TIMES**

Auctions for the assets of the MTR entities and Oregon Coachways either as going concerns or as lots have been set by the Court for January 12, 2011. The Trustee has determined that revising the original auction times is in the best interests of the respective estates and their creditors. Qualified Bidders (as this term is defined in the Orders Approving Bid Procedures and approved forms of Bid Procedures), and the Chapter 11 trustee (and its counsel) in the Meridian Fund cases and Official Investor Committee (and its counsel) in the Meridian Fund cases are the only parties entitled to attend the auctions.

**THE REVISED AUCTION TIMES ON JANUARY 12, 2011 ARE AS FOLLOWS:**

**9:30 AM – MTR Entities**
**1:30 PM – Oregon Coachways, Inc.**

**AUCTION LOCATION REMAINS:**

**1201 Third Avenue, Suite 2900**
**Seattle, WA 98101**

KARR TUTTLE CAMPBELL


By:  /s/George S. Treperinas
George S. Treperinas, WSBA #15434
Stephen S. McKay, WSBA #42046
Attorneys for Diana K. Carey,
Chapter 11 Trustee

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100