The Honorable Karen A. Overstreet
Chapter 11
EX PARTE

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re | Lead Case No. 10-18668-KAO |
|---|---|
| FREDERICK D. BERG, | (Administratively Consolidated with Case No. 10-23787-KAO) |
| Debtor | SUMMARY OF SECURED DEBT |
| In re | |
| OREGON COACHWAYS, INC. | |
| Debtor | |

As ordered by the Court, Oregon Coachways, Inc. provides the summary of secured debt estimated as of January 2, 2011:

**Commerce Bank (according to Commerce Bank)**
Principal:              $505,830.12
Interest to 1/7/2011:      1,014.01
Filing fees:                 496.00
UCC Termination Fee:          25.00
Legal Fees and costs:     40,151.58
**TOTAL:                $547,516.71**

**A-Z Resources Total owed: $36,676.38**

KARR TUTTLE CAMPBELL

By: */s/George S. Treperinas*
George S. Treperinas, WSBA #15434
Stephen S. McKay, WSBA #42046
Attorneys for Diana K. Carey, Ch. 11 Trustee

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100