1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Honorable Karen A. Overstreet
Chapter 11
EX PARTE

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

FREDERICK D. BERG,

                Debtor

In re

MERIDIAN TRANSPORTATION RESOURCES, LLC, a Washington limited liability company,

                Debtor.

In re

MERIDIAN TRANSPORTATION RESOURCES (CALIFORNIA), LLC,

                Debtor

In re

MERIDIAN TRANSPORTATION RESOURCES (CANADA), Ltd.,

                Debtor

In re

MTR LEASING, LLC,

                Debtor

In re

GEOGENIUS, LLC,

                Debtor

Lead Case No. 10-18668-KAO
(Administratively Consolidated with Case Nos. 10-23755-KAO, 10-23756-KAO, 10-23757-KAO, 10-23759-KAO, 10-23761-KAO)

SUMMARY OF NET CASH, ASSUMED DEBT AND CURE AMOUNTS FROM STALKING HORSE BIDDER UNDER ASSET PURCHASE AGREEMENT

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

1        As ordered by the Court, the MTR Entities provide the attached summary of secured debt

2 and cure amounts estimated as of January 2, 2011, which as of the filing of this summary the

3

4 Stalking Horse Bidder, MTR Entities believe the Stalking Horse Bidder is expected to assume, cure

5 or pay at closing.

6                           KARR TUTTLE CAMPBELL

7

8

9                      By:   _____

                         George S. Treperinas, WSBA #15434

10                          Stephen S. McKay, WSBA #42046

                         Attorneys for Diana K. Carey,

11                          Chapter 11 Trustee

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUMMARY OF NET CASH, ASSUMED DEBT AND CURE AMOUNTS
FROM STALKING HORSE BIDDER UNDER ASSET PURCHASE
AGREEMENT - 2
#783467 v1 / 43835-001

*Law Offices*

KARR TUTTLE CAMPBELL

*A Professional Service Corporation*

1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

1. Net Cash payable under the December 15, 2010 Amended and Restated Asset Purchase and Sale Agreement ("Asset Purchase Agreement") from GTO, LLC ("Stalking Horse") in the event it is the Successful Bidder is $4.75million at closing, with additional payments of $250,000 on the second, third and fourth anniversaries of the Closing Date with interest at the rate which Stalking Horse borrows funds in order to close on the Asset Purchase Agreement.

2. Debt and executory contracts to be assumed and/or paid at Closing to Coach Lenders set forth below:

| Coach Lender | Type | Per BK payments due but not paid. | Late fees due per the lender. | Cure Amount (Pre BK Payments and Late Fees) | Loan Payoff - Principal and Interest (including col A.) |
|---|---|---|---|---|---|
| | | A | B | C | D |
| ABC | Capital Leases | n/a | 7,117 | 7,117 | 2,809,697 |
| WF | Loan | n/a | 59,304 | 59,304 | 2,907,267 |
| People's Capital | Loan | n/a | 3,287 | 3,287 | 656,308 |
| Tower | Capital Lease | | - | | 27,710 |
| | | | | 69,707 | 6,400,981 |
| ABC | Oper Lease Option Coaches | 144,700 | 25,895 | 170,595 | |
| ABC | Exercise of Option | | | | 4,280,000 |
| | | 144,700 | 25,895 | 240,302 | 10,680,981 |

3. Executory contracts which may be assumed and cured are set forth below:

| Location | Cure Amount (Pre BK Payments and Late Fees) | |
|---|---|---|
| Delta, BC | 0 | |
| Calgary, AL | 0 | |
| San Francisco | 8,889 | |
| Federal Way | 9,258 | |
| Portland | 19,780 | (per landlord) |
| | 37,927 | |

SUMMARY OF NET CASH, ASSUMED DEBT AND CURE AMOUNTS FROM STALKING HORSE BIDDER UNDER ASSET PURCHASE AGREEMENT - 3
#783467 v1 / 43835-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
**1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028**
**Telephone (206) 223-1313, Facsimile (206) 682-7100**