

FILED
2011 JAN 11 PM 12:05
M.L. HATCHER, CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE
BY ___ DEP CLK

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>FREDERICK D. BERG,<br><br>Debtor | Lead Case No. 10-18668-KAO<br>(Administratively Consolidated with Case Nos. 10-23755-KAO, 10-23756-KAO, 10-23757-KAO, 10-23759-KAO, & 10-23761-KAO)<br><br>APPLICATION AND ORDER FOR LEAVE TO APPEAR *PRO HAC VICE* |
| In re<br><br>MERIDIAN TRANSPORTATION RESOURCES, LLC,<br><br>Debtor | |
| In re<br><br>MERIDIAN TRANSPORTATION RESOURCES (CALIFORNIA), LLC,<br><br>Debtor | |
| In re<br><br>MERIDIAN TRANSPORTATION RESOURCES (CANADA) Ltd.,<br><br>Debtor | |
| In re<br><br>MTR LEASING, LLC,<br><br>Debtor | |
| In re: GEOGENIUS, LLC,<br><br>Debtor | |

APPLICATION AND ORDER FOR LEAVE TO APPEAR *PRO HAC VICE* - 1

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, Thomas J. Lallier hereby applies for permission to participate as counsel in the above-entitled action on behalf of CUSA, LLC. This application is based upon the following:

The particular need for my appearance and participation is to represent CUSA, LLC in negotiations, the drafting of the pleadings and sale documents, and any court appearances related thereto, regarding the proposed sale of the debtors' assets to CUSA, LLC.

I, Thomas J. Lallier, understand that I am charged with knowing and complying with all applicable rules including General Order No. 4 which requires that I or local counsel file all papers electronically in the court's CM/ECF system. (I, Thomas J. Lallier, or local counsel, J. Scott Wood, will do so.)

I have not been disbarred or formally censured by a Court of record or by a state bar association. There are no pending disciplinary proceedings against me.

I am in good standing of the federal bar for the states of Minnesota and the Eastern District of Wisconsin.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 1/7/11

Signature of Applicant Attorney

**I have enclosed the required filing fee of $150.00 made payable to the U.S. District Court**

APPLICATION AND ORDER FOR LEAVE TO APPEAR *PRO HAC VICE* - 2

PLEASE COMPLETE SECOND PAGE OF THIS FORM

Applicant's Name: Thomas J. Lallier

Applicant's Law Firm: Foley & Mansfield, P.L.L.P.

Applicant's Address: 250 Marquette Avenue, Suite 1200, Minneapolis, MN 55401

Telephone No: 612-338-8788

## STATEMENT OF LOCAL COUNSEL

I am authorized, and will be prepared, to handle this matter, including trial, in the event the applicant Thomas J. Lallier is unable to be present upon any date assigned by the court. If so indicated above, I will file all papers electronically,.

DATED: 1/7/11

_____
Signature of Local Counsel

Local Counsel Name & Bar ID Number: J. Scott Wood, # 41342

Local Counsel Law Firm: Foley & Mansfield, P.L.L.P.

Local Counsel Address: 800 Fifth Avenue, Suite 3850, Seattle, WA 98104

Telephone No. 206-456-5360

## ORDER

It is ordered that the foregoing application is approved.

DATED: _____

_Karen A. Overstreet_ GE
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

APPLICATION AND ORDER FOR LEAVE TO APPEAR *PRO HAC VICE* - 3