The Honorable Karen A. Overstreet
Chapter 11
Hearing Location: Seattle
Hearing Date: January 14, 2011 (on shortened time)
Hearing Time: 11:00 a.m.

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In re<br><br>FREDERICK D. BERG,<br>               Debtor | Lead Case No. 10-18668-KAO<br><br>(Administratively Consolidated with Case No. 10-23787-KAO)<br><br>(Administratively Consolidated with Case Nos. 10-23755-KAO, 10-23756-KAO, 10-23757-KAO, 10-23759-KAO, 10-23761-KAO)<br><br><br>DECLARATION OF DIANA K. CAREY REPORTING AUCTION RESULTS OF MTR ENTITIES |
| In re<br><br>OREGON COACHWAYS, INC.<br>               Debtor | |
| In re<br><br>MERIDIAN TRANSPORTATION RESOURCES, LLC, a Washington limited liability company,<br>               Debtor. | |
| In re<br><br>MERIDIAN TRANSPORTATION RESOURCES (CALIFORNIA), LLC,<br>               Debtor | |
| In re<br><br>MERIDIAN TRANSPORTATION RESOURCES (CANADA), Ltd.,<br>               Debtor | |
| In re<br><br>MTR LEASING, LLC,<br>               Debtor | |
| In re<br><br>GEOGENIUS, LLC,<br>               Debtor | |

DECLARATION OF DIANA K. CAREY REPORTING AUCTION RESULTS OF MTR ENTITIES - 1
#783941 v1 / 43835-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Diana K. Carey, makes the following declaration under penalty of perjury under the laws of the State of Washington and the United States of America:

1. I am the duly appointed Chapter 11 Trustee for each of the above-captioned debtors: Meridian Transportation Resources, LLC, Meridian Transportation Resources (California), LLC, Meridian Transportation Resources (Canada), Ltd., MTR Leasing, LLC, and Geogenius, LLC (collectively the "*Debtors*" or "*MTR Entities*"). I am over the age of 18, I am competent to testify herein, and I make this declaration from my personal knowledge and records maintained in the course of the MTR Entities' business operations.

2. This Court previously approved the auction of substantially all of the assets of the MTR Entities, which was scheduled to be held on January 12, 2011 (the "*Auction*"). As evidenced by declarations on file, the Debtors' counsel duly mailed notices of the Auction.

3. After receipt of timely bid fees from two parties, GTO, LLC ("*Purchaser*") was the only entity to submit a qualifying bid for substantially all of the assets of the MTR Entities. Purchaser's bid was pursuant to the Amended and Restated Asset Purchase Agreement, dated December 15, 2010, as amended on January 10, 2011 ("*APA*").

4. I conferred with Mark Calvert, Chapter 11 Trustee in the Meridian Funds Cases and my counsel spoke with counsel for the Official Investor Committee in the Meridian Fund Cases ("*OIC*") in those cases and their respective counsel regarding whether conducting the Auction as scheduled was necessary in light of the single bid. Both Mr. Calvert and the OIC agreed to cancelling the Auction and declaring Purchaser the Successful Bidder.

5. A copy of the APA has been filed with the Court, which provides the MTR Entities with a net of $4,250,000 payable at Closing (subject to certain adjustments as set forth in

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

1 the APA), together with the delivery of a $750,000 promissory note payable over a four year period in three installments of $250,000 paid on the second, third, and fourth anniversaries of the Closing Date.

6. As no other bids we submitted, I declare the Purchaser to be the Successful Bidder having made the Successful Bid.

7. To the best of my knowledge, Purchaser is not related to the Debtors and the Debtors will retain no interest in the Acquired Assets after Closing.

DATED this 12th day of January, 2011 at Seattle, Washington.

*Diana K Carey*
Diana K. Carey

DECLARATION OF DIANA K. CAREY REPORTING AUCTION
RESULTS OF MTR ENTITIES - 3
#783941 v1 / 43835-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100