# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>FREDERICK D. BERG,<br><br>MERIDIAN LIQUIDATING, LLC (the "Consolidated MTR Entities")<br><br>OREGON LIQUIDATING, INC., FKA OREGON COACHWAYS, INC.<br><br>Debtors. | Lead Case No. 10-18668-KAO<br><br>(Administratively Consolidated with Case Nos. 10-23755-KAO, 10-23756-KAO, 10-23757-KAO, 10-23759-KAO, 10-23761-KAO, 10-23787-KAO)<br><br>ORDER APPROVING SECOND APPLICATION FOR COMPENSATION FOR TRUSTEE AND TRUSTEE'S PROFESSIONALS |

THIS MATTER came on regularly for hearing on the Second Interim Application For Compensation of Trustee Diana K. Carey, Chapter 11 Trustee ("*Trustee*") of each of the above captioned debtors, and her professionals ("*Trustee's Professionals*") Karr Tuttle Campbell ("*KTC*"), McMillan LLP ("*McMillan*"), Orse & Company ("*Orse*") and Clothier & Head ("*C&H*") (collectively the "*Applicants*"). The Court having considered all objections, and overruled the objections filed by claimants Butchart Gardens and Jurian Vreeburg, and finding that the fees and costs were reasonable and necessary, that notice was appropriate, and that the services provided by the Applicants were of substantial benefit to the estate, now therefore it is hereby:

**ORDERED** that the fees and reimbursement of the costs of the Applicants summarized in the table below are approved and amounts indicated are authorized for disbursement (with disbursements

ORDER APPROVING SECOND APPLICATION FOR COMPENSATION FOR TRUSTEE AND KTC AND AUTHORIZING DISBURSEMENT - 1
#820674 v1 / 40572-001

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*
**1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028**
**Telephone (206) 223-1313, Facsimile (206) 682-7100**

Case 10-18668-TWD    Doc 879    Filed 12/02/11    Ent. 12/02/11 18:02:01    Pg. 1 of 3

not to exceed the caps contained in the Settlement Agreement[1]):

| Name: | Period: | Fees: | Costs: | Total: |
|---|---|---|---|---|
| **Berg Case** | | | | |
| Trustee | 4/1/11 – 10/31/11 | $32,752.00 | $174.42 | $32,926.42 |
| KTC | 4/1/11 – 10/31/11 | $52,999.50 | 3,942.36 | $56,941.86 |
| Orse[2] | 3/1/11 – 10/31/11 | $36,618.75 | $0.00 | $36,618.75 |
| C&H | 7/1/11 – 10/31/11 | $21,721.20 | $730.22 | $22,451.42 |
| **Berg TOTALS** | | $144,091.45 | $4,847.00 | $148,938.45 |
| | | | | |
| **MTR Case** | | | | |
| Trustee | 4/1/11 – 10/31/11 | $55,180.00 | $271.33 | $55,451.33 |
| KTC | 4/1/11 – 10/31/11 | $232,666.00 | $3,238.12 | $235,904.12 |
| McMillan | 6/1/11 – 10/31/11 | $5,253.50 | $641.15 | $5,894.65 |
| Orse[3] | 3/1/11 – 10/31/11 | $144,281.25 | $0.00 | $144,281.25 |
| C&H | 7/1/11 – 10/31/11 | $14,514.40 | $6.63 | $14,521.03 |
| **MTR TOTALS** | | $451,895.15 | $4,157.23 | $456,052.38 |
| | | | | |
| **OCW Case** | | | | |
| Trustee | 4/1/11 – 10/31/11 | $5,073.00 | $27.54 | $5,100.54 |
| KTC | 4/1/11 – 10/31/11 | $17,347.50 | $552.60 | $17,900.10 |
| Orse[4] | 3/1/11 – 10/31/11 | $21,487.50 | $0.00 | $21,487.50 |
| C&H | 7/1/11 – 10/31/11 | $1,292.80 | $6.83 | $1,299.63 |
| **OCW TOTALS** | | $45,200.80 | $ 586.97 | $45,787.77 |

***END OF ORDER***

Presented by:
KARR TUTTLE CAMPBELL

By: _____
    George S. Treperinas, WSBA #15434
    Daniel J. Bugbee, WSBA #42412
    Attorneys for Diana K. Carey, Trustee

---

[1] "Settlement Agreement" means that agreement between the Trustee and the Liquidating Trustee of Meridian Mortgage Investors Fund V LLC, Case No. 10-17952-KAO which was approved by this Court herein [Dkt# 787].
[2] All but $7,393.75 of this amount has already been disbursed to Orse pursuant to the order employing him.
[3] All but $28,931.25 of this amount has already been disbursed to Orse pursuant to the order employing him.
[4] All but $4,337.505 of this amount has already been disbursed to Orse pursuant to the order employing him.

ORDER APPROVING SECOND APPLICATION FOR COMPENSATION FOR TRUSTEE AND KTC AND AUTHORIZING DISBURSEMENT - 2
#820674 v1 / 40572-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Case 10-18668-TWD    Doc 879    Filed 12/02/11    Ent. 12/02/11 18:02:01    Pg. 2 of 3

| | |
|---|---|
| 1 | |
| 2 | Agreed to as to form; notice of presentation waived<br>K&L GATES LLP |
| 3 | |
| 4 |     /s/   David Neu *(via e-mail confirmation)*<br>By: _____ |
| 5 | David Neu, WSBA #33143<br>Attorneys for Mark Calvert, Liquidating Trustee |

ORDER APPROVING SECOND APPLICATION FOR COMPENSATION FOR TRUSTEE AND KTC AND AUTHORIZING DISBURSEMENT - 3
#820674 v1 / 40572-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Case 10-18668-TWD    Doc 879    Filed 12/02/11    Ent. 12/02/11 18:02:01    Pg. 3 of 3